defendant, now pending in the Trumbull County Common Pleas Court,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to July 7, 2003.

**2003–0783.   State ex rel. Plain Dealer Publishing Co. v. Burney.**

In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion for immediate relief and expedited consideration,

IT IS ORDERED by the court, sua sponte, that an alternative writ be, and hereby is, granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file its brief within 10 days after the filing of evidence; respondent shall file her brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 5 days after the filing of respondent's brief.

IT IS FURTHER ORDERED by the court that the portion of respondent's order the relator seeks to prohibit is stayed pursuant to S.Ct.Prac.R. X(6).

LUNDBERG STRATTON, J., concurs but would leave the judge's order in place and not stay it. O'CONNOR, J., would grant a peremptory writ.

COOK, J., not participating.

## MISCELLANEOUS DISMISSALS

**2003–0390.   State ex rel. Americare Corp. v. Logan.**

Franklin App. No. 02AP–556, 2003-Ohio-627. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due April 30, 2003, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–0798.   Tacohio Dev., L.L.C. v. Franklin Cty. Bd. of Revision.**

Board of Tax Appeals, Nos. 2003–T–211, 2003–T–213, 2003–T–215 and 2003–T–217.